## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 19-21514-BKC-LMI
MARGARITA CORONADO DE LA TORRE  CHAPTER 13

DEBTOR(S).  /

### MOTION TO ALLOW SHORT SALE OF HOMESTEAD PROPERTY

COME NOW, the Debtor, Margarita Coronado De La Torre, by and through her undersigned counsel and file this Motion to Allow Short Sale of Homestead Property and as grounds therefore states:

1. Debtor filed a voluntary petition for bankruptcy under Chapter 13 on August 28, 2019.
2. The Debtor currently has a proposed contract for sale of her homestead property located at 6061 Collins Avenue, Apartment #14A, Miami Beach, FL 33140. A copy of the Residential Contract for Sale is attached hereto as "Exhibit A".
3. The sales price will require the sale to be a short sale transaction and, as of the time of filing of this motion, the Debtor will not receive any proceeds from the closing.
4. Short sale is subject to secured creditor's approval prior to the said sale.
5. The title agency handling the short-sale transactions is awaiting court approval in order to close the transaction.

**WHEREFORE,** the Debtor, Margarita Coronado De La Torre, respectfully request this Court enter an Order Granting Debtor's Motion to Allow Short Sale of Homestead Property.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

_____/s/ (FILED ECF)_____(The Debtor's Attorney)
Patrick L. Cordero, Esq., FL Bar No. 801992